# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PERTREE CONSTRUCTORS, INC. | § | Case No. 6:15-bk-09414-CCJ |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Carla Musselman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 500.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  1,630.23 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  2,369.77 | |

3) Total gross receipts of $ 4,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 4,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,106,682.84 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,369.77 | 2,369.77 | 2,369.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 500.00 | 500.00 | 500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,250.32 | 1,187,086.94 | 1,187,086.94 | 1,130.23 |
| **TOTAL DISBURSEMENTS** | $ 1,131,933.16 | $ 1,189,956.71 | $ 1,189,956.71 | $ 4,000.00 |

4) This case was originally filed under chapter 7 on 11/05/2015 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2018          By:/s/Carla Musselman, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Furniture Fixtures Computers | 1229-000 | 2,000.00 |
| Hand Tools Generators | 1229-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Branch Banking & Trust, Co. 2301 Lucien Way Suite 395 Maitland, FL 32751 | | 1,106,682.84 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,106,682.84** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CARLA MUSSELMAN | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| CARLA MUSSELMAN | 2200-000 | NA | 49.77 | 49.77 | 49.77 |
| UNION BANK | 2600-000 | NA | 120.00 | 120.00 | 120.00 |
| JAMES H WADE, JR. CPA, PA. | 3410-000 | NA | 1,188.00 | 1,188.00 | 1,188.00 |
| JAMES H WADE, JR. CPA, PA, | 3420-000 | NA | 12.00 | 12.00 | 12.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,369.77 | $ 2,369.77 | $ 2,369.77 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 500.00 | 500.00 | 500.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 500.00 | $ 500.00 | $ 500.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | LT, LLC 7500 Amsterdam Drive Orlando, FL 32832 |  | 0.00 | NA | NA | 0.00 |
| 03 | BRANCH BANKING & TRUST, CO. | 7100-000 | NA | 1,178,877.91 | 1,178,877.91 | 1,122.42 |
| 04 | LT, LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 02 | WELWYN MANAGMENT COMPANY | 7100-000 | 25,250.32 | 7,154.26 | 7,154.26 | 6.81 |
| 01B | INTERNAL REVENUE SERVICE | 7100-001 | NA | 1,054.77 | 1,054.77 | 1.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 25,250.32 | $ 1,187,086.94 | $ 1,187,086.94 | $ 1,130.23 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 15-09414 | CCJ | Judge: Cynthia C. Jackson | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|---|
| Case Name: | PERTREE CONSTRUCTORS, INC. | | | Date Filed (f) or Converted (c): | 11/05/15 (f) |
| | | | | 341(a) Meeting Date: | 12/16/15 |
| For Period Ending: | 04/13/18 | | | Claims Bar Date: | 04/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Furniture Fixtures Computers (u) | 1,500.00 | 2,000.00 | | 2,000.00 | FA |
| 2. Hand Tools Generators (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 3. Computers (u) | 500.00 | 500.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,000.00 | $4,500.00 | $4,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01/16: Notice of assets filed

01/27/16: 341 meeting held and concluded

04/26/16: Trustee reviewed claims.

10/16: Final 2015 corporate income tax return filed by James H Wade, CPA on behalf of Debtor, Pertree.

08/17: Application and Order Approving Application to Employ James Wade Jr., CPA, P.A. as Accountant

RE PROP# 1---Computers contain non debtor financial information and are being retained by Michael Pertree at his
  condonminium.
  12/15: Debtor split out the value of the computers.
  01/16: Notice of intent to sell.
  02/16: Report of Sale.
RE PROP# 2---01/16: Notice of intent to sell.
  02/16: Report of Sale.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-09414   CCJ   Judge: Cynthia C. Jackson | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | PERTREE CONSTRUCTORS, INC. | Date Filed (f) or Converted (c): | 11/05/15 (f) |
| | | 341(a) Meeting Date: | 12/16/15 |
| | | Claims Bar Date: | 04/25/16 |

Initial Projected Date of Final Report (TFR): 04/15/17   Current Projected Date of Final Report (TFR): 09/30/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 15-09414 -CCJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | PERTREE CONSTRUCTORS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6654  Checking Account |
| Taxpayer ID No: | *******3920 | | | |
| For Period Ending: | 04/13/18 | | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/21/16 | | Malak Corporation<br>11801 Camden Park Dr<br>Windermere, FL 34786 | Sale of Assets to Private Party | 1229-000 | 4,000.00 | | 4,000.00 |
| 01/21/16 | 1 | Asset Sales Memo: | Furniture Fixtures Computers  $2,000.00 | | | | 4,000.00 |
| 01/21/16 | 2 | Asset Sales Memo: | Hand Tools Generators  $2,000.00 | | | | 4,000.00 |
| C  02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,985.00 |
| C  03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,970.00 |
| C  04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,955.00 |
| C  05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,940.00 |
| C  06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,925.00 |
| C  07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,910.00 |
| C  08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,895.00 |
| C  09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,880.00 |
| C  03/09/18 | 003001 | CARLA MUSSELMAN<br>TRUSTEE<br>1619 DRUID ROAD<br>MAITLAND, FL 32751 | Chapter 7 Compensation/Fees | 2100-000 | | 1,000.00 | 2,880.00 |

Page Subtotals        4,000.00        1,120.00

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-09414 -CCJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | PERTREE CONSTRUCTORS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6654  Checking Account |
| Taxpayer ID No: | *******3920 | | | |
| For Period Ending: | 04/13/18 | | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/09/18 | 003002 | CARLA MUSSELMAN<br>TRUSTEE<br>1619 DRUID ROAD<br>MAITLAND, FL 32751 | Chapter 7 Expenses | 2200-000 | | 49.77 | 2,830.23 |
| C  03/09/18 | 003003 | James H Wade, Jr. CPA, PA.<br>West Main Street, Suite 1000<br>Apopka, FL 32703-5195 | Claim ACCT  FEES, Payment 100.000000% | 3410-000 | | 1,188.00 | 1,642.23 |
| C  03/09/18 | 003004 | James H Wade, Jr. CPA, PA.<br>West Main Street, Suite 1000<br>Apopka, FL 32703-5195 | Claim ACCT  EXPS, Payment 100.000000% | 3420-000 | | 12.00 | 1,630.23 |
| C  03/09/18 | 003005 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Claim 01A, Payment 100.000000% | 5800-000 | | 500.00 | 1,130.23 |
| C  03/09/18 | 003006 | Welwyn Managment Company<br>P.O. Box 1523<br>Winter Park, FL 32790 | Claim 02, Payment 0.095188%<br>lease | 7100-000 | | 6.81 | 1,123.42 |
| C  03/09/18 | 003007 | Branch Banking & Trust, Co.<br>2301 Lucien Way<br>Suite 395<br>Maitland, FL 32751 | Claim 03, Payment 0.095211%<br>Judgment - Pertree | 7100-000 | | 1,122.42 | 1.00 |
| C  03/09/18 | 003008 | United States Bankruptcy Court<br>400 West Washington St. Suite 5100<br>Orlando, Florida  32801 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #        DIVIDEND | | | 1.00 | 0.00 |

Page Subtotals        0.00        2,880.00

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 15-09414 -CCJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | PERTREE CONSTRUCTORS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6654  Checking Account |
| Taxpayer ID No: | *******3920 | | |
| For Period Ending: | 04/13/18 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 5 | 01B | 1.00 | | | |
| | | | | | | Uniform Tran. Code 7100-001 | | |

```
                                              COLUMN TOTALS                     4,000.00       4,000.00              0.00
                                          Less: Bank Transfers/CD's                 0.00           0.00
                                              Subtotal                          4,000.00       4,000.00
                                          Less: Payments to Debtors                                0.00
                                              Net                               4,000.00       4,000.00
                                                                                                               ACCOUNT
                                                                                  NET           NET            BALANCE
                           TOTAL - ALL ACCOUNTS                                DEPOSITS     DISBURSEMENTS
                           Checking Account - ********6654                      4,000.00       4,000.00           0.00
                                                                              -----------    -----------      -----------
                                                                                4,000.00       4,000.00           0.00
                                                                              ===========    ===========      ===========
                                                                             (Excludes Account (Excludes Payments  Total Funds
                                                                                Transfers)       To Debtors)       On Hand
```

Page Subtotals      0.00        0.00

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)